**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.L.,<br><br>    **Plaintiff,**<br><br>    vs.<br><br>JOSEPH EDLOW ET AL.,<br><br>    **Defendants.** | CASE NO. 4:25-cv-06981-YGR<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

The parties have informed the Court that the parties agree to stay the case while they pursue a potential administrative resolution. (Dkt. No. 13.) The Court has granted the parties' stay. (Dkt. No. 14.) Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only.

Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of the resolution of the administrative process, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

    **IT IS SO ORDERED.**

Dated: April 15, 2026

                            _____
                            **YVONNE GONZALEZ ROGERS**
                          **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California